```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EDWIN RUNACHAGUA,            :
                             :
              Movant,        :
                             :
     - against -             :                ORDER
                             :
UNITED STATES OF AMERICA,    :
                             :                09 Civ. 1953 (RJH)
              Respondent.    :
-------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/09

**RICHARD J. HOLWELL, United States District Judge:**

Movant, Edwin Runachagua, having filed a motion for return of property, the Clerk of Court is to serve a copy of this Order and the underlying motion by certified mail, return receipt requested, upon the United States Attorney's Office for the Southern District of New York. The United States Attorney is to respond to the motion by 4/20/09.

SO ORDERED:

RICHARD J. HOLWELL
United States District Judge

Dated:
    New York, New York